UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**BRANDON A. WILLIAMS,**

        Plaintiff,

v.

                                                      Civil No. 2:22cv388

**SERGEANT M. MITCHELL, et al.**

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendants' motions to dismiss Counts I-V of Plaintiff's Second Amended Complaint, ECF Nos. 49 and 54, are GRANTED; and Counts VI and VII of the Second Amended Complaint are dismissed without prejudice.

DATED: 7/13/2023                                 FERNANDO GALINDO, Clerk

                                                                  By         /s/        
                                                                       T. Armstrong, Deputy Clerk