UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRANDON WILLIAMS,

        Plaintiff,

v.                               CIVIL ACTION NUMBER: 2:22-cv-00388

SERGEANT M. MITCHELL, et al.

        Defendants.

### NOTICE OF APPEAL

Plaintiff, Brandon Williams, by counsel, hereby notes his appeal of this Court's Order of July 13, 2023, dismissing the Complaint.

1. The Plaintiff is appealing to the Fourth Circuit Court of Appeals.

2. The Order appealed from was entered on July 13, 2023.

3. This Notice of Appeal is being filed within 30 days.

4. There was no transcript of the hearing which led to the dismissal order, so no transcript will be filed.

                                            Respectfully submitted,

                                            BRANDON WILLIAMS

                                             /s/ Robert J. Haddad
                                          Robert J. Haddad, Esq. (VSB # 22298)
                                          Andrew M. Hendrick, Esq. (VSB # 42852)
                                          RULOFF, SWAIN, HADDAD, MORECOCK,
                                              TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA   23452
(757) 671-6012
Fax: (757) 671-6004
rhaddad@srgslaw.com
ahendrick@srgslaw.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Cales, III, Esq.
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
jcales@furnissdavis.com

Brian N. Casey, Esq.
Clarke, Dolph, Hull & Brunick, PLC
5712 Cleveland Street, Suite 130
Virginia Beach, VA 23462
bcasey@clarkedolph.com

and I hereby certify that I have mailed the document to the following non CM/ECF participants: None.

                                     /s/ Robert J. Haddad
                                     Robert J. Haddad, Esq. (VSB # 22298)
                                     Andrew M. Hendrick, Esq. (VSB # 42852)
                                     RULOFF, SWAIN, HADDAD, MORECOCK,
                                         TALBERT & WOODWARD, P.C.
                                     317 30th Street
                                     Virginia Beach, VA  23452
                                     (757) 671-6036
                                     Fax: (757) 671-6004
                                     rhaddad@srgslaw.com
                                     ahendrick@srgslaw.com
                                     *Counsel for the Plaintiff*