UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**BRANDON WILLIAMS,**

    **Plaintiff,**

v.                                        Case 2:22-cv-00388-MSD-DEM

**SERGEANT M. MITCHELL, et al.,**

    **Defendants.**

## STIPULATION OF DISMISSAL

Plaintiff, with the agreement of all parties who have appeared, hereby stipulates that Defendant Sergeant M. Mitchell should be dismissed from this matter as of the filing of this stipulation.

                                               Respectfully submitted,

                                               BRANDON WILLIAMS

                                               _____/s/ Robert J. Haddad_____
                                               Robert J. Haddad, Esq. (VSB # 22298)
                                               Andrew M. Hendrick, Esq. (VSB # 42852)
                                               RULOFF, SWAIN, HADDAD, MORECOCK,
                                                  TALBERT & WOODWARD, P.C.
                                               317 30th Street
                                               Virginia Beach, VA   23452
                                               (757) 671-6000
                                               Fax: (757) 671-6004
                                               rhaddad@srgslaw.com
                                               ahendrick@srgslaw.com
                                               *Counsel for the Plaintiff*

SEEN AND AGREED TO:

_____/s/ Brian N. Casey_____
Brian N. Casey, Esquire (VSB: 26710)
Clark, Dolph, Hull & Brunick, PLC
5712 Cleveland Street, Suite 130
Virginia Beach, VA 23462
(757) 466-0464
(757) 466-8242 (Fax)
bcasey@clarkedolph.com
*Counsel for Officer John D. McClanahan*


_____/s/ James A. Cales, III_____
James A. Cales, III Esquire (VSB: 41317)
Furniss, Davis, Rashkind & Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
(757) 461-7100
(757) 461-0083 (Fax)
jcales@furnissdavis.com
*Counsel for Sergeant M. Mitchell, Officer Steven Stone, and Officer Rodney Van Faussien*