IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

BRANDON WILLIAMS

        Plaintiff,                        CASE NO. 2:22cv388

v.

CITY OF NORFOLK, et al.

        Defendants.

## DEFENDANT STONE'S AND VANFAUSSIEN'S MOTION FOR SUMMARY JUDGMENT

COME NOW the defendants, Sergeant R. VanFaussien and Officer Steve Stone, by counsel, and file this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying Brief in Support.

        RODNEY VANFAUSSIEN AND STEVEN STONE

By       /s/      
James A. Cales III, Esq. (VSB # 41317)
Counsel for Defendants VanFaussien and Stone
FURNISS, DAVIS, RASHKIND and SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
(757) 461-7100
(757) 461-0083 (fax)
jcales@furnissdavis.com

CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Robert J. Haddad
Ruloff, Swain, Haddad, Morecock, Talbert and Woodward, PC
317 30th Street
Virginia Beach, Virginia 23452
rhaddad@srgslaw.com

*Counsel for Plaintiff*


Brian N. Casey, Esquire
Clarke, Dolph, Hull & Brunick, PLC
5712 Cleveland Street, Suite 130
Virginia Beach, VA 23462
bcasey@clarkedolph.com

*Counsel for Defendant McClanahan*

                                                    /s/
                                   James A. Cales III, Esq. (VSB # 41317)
                                   Counsel for Defendants VanFaussien and Stone
                                   FURNISS, DAVIS, RASHKIND and SAUNDERS, P.C.
                                   6160 Kempsville Circle, Suite 341B
                                   Norfolk, VA 23502
                                   (757) 461-7100
                                   (757) 461-0083 (fax)
                                   jcales@furnissdavis.com